■ Donald Ford, Appellant, v Village of Croton-on-Hudson, Respondent.

On the record before us, the Supreme Court did not abuse its discretion in dismissing the action due to the failure of the plaintiff's counsel to be ready for trial on the scheduled adjourned date *(see,* 22 NYCRR 125.1 [g])*. Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.